Billy Carl ADAMS, Plaintiff–Appellant,

v.

Chadwick PHILLIPS, T. Probation and Parole, District 28; Douglas A. Irving, Supervisor District 28, Radford, VA; Melissa Dancy Henderson, Probation and Parole, District 16; Samuel D. Arnold, Chief Probation and Parole Officer, District 15; Brent W. Duncan, Probation and Parole Officer, District 15; Abby H. Fedor, Deputy Chief Probation and Parole Officer, District 15, Defendants–Appellees.

No. 14–7829.

United States Court of Appeals, Fourth Circuit.

Submitted: April 16, 2015.

Decided: April 20, 2015.

Billy Carl Adams, Appellant Pro Se.

Before AGEE and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Billy Carl Adams appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Adams v. Phillips*, No. 7:14–cv–00506–JPJ–RSB (W.D.Va. Nov. 17, 2014). We deny Adams' motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*